# EXHIBIT A

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Amanda Nelson
2026LA000306
St. Clair County
4/2/2026 11:35 AM
37407239

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

MELINDA WINNING,           )
                          )
        Plaintiff,         )
                          )
v.                         )          Case No.  2026LA000306
                          )
COPART OF CONNECTICUT, INC.,   )
d/b/a COPART,              )
                          )
        Defendant          )

## COMPLAINT

NOW COMES the plaintiff, Melinda Winning, by and through her undersigned counsel, and for her causes of action against the defendant, Copart of Connecticut, Inc., states as follows:

### PARTIES, JURISDICTION, & VENUE

1.    At all times relevant hereto, the plaintiff was a resident and citizen of Alhambra, Illinois, employed by Defendant Copart of Connecticut, Inc. ("Copart") as a loader, and was an "employee" of Defendant as defined in the Illinois Whistleblower Act, 740 ILCS 174/5 and the Illinois Human Rights Act 775 ILCS 5/2.

2.    At all times relevant hereto and upon information and belief, Copart is a Connecticut corporation with a registered agent in Illinois and doing business as Copart in Alorton, Illinois, in St. Clair County, and is an "employer" as defined in the Illinois Whistleblower Act, 740 ILCS 174/5 and the Illinois Human Rights Act 775 ILCS 5/2.

3.    The conduct at issue occurred in St. Clair County, Illinois.

4.    Therefore, jurisdiction and venue are proper pursuant to 735 ILCS 5/2-101.

## COUNT I – VIOLATION OF THE ILLINOIS WHISTLEBLOWER ACT (740 ILCS 174/15)

1-4.    Plaintiff hereby incorporates paragraphs one through four above as paragraphs one through four of this Count I.

5.    Throughout her employment, Plaintiff performed her above jobs satisfactorily. Plaintiff was forced to resign her employment from Copart due to the conditions and actions below.

6.    As part of her job as loader for Copart, Plaintiff was subjected on multiple occasions to improper behavior including sexual jokes and sexualized comments about Plaintiff regarding Plaintiff's status as a female to Plaintiff and coworkers from multiple employees and contractors including Robert Rite.

7.    One worker, Curt Coleman, routinely demanded drivers pay him on CashApp to load cars onto their trailers, even though it was his job to load them.

8.    In May of 2024, Plaintiff reported the above concerns to the General Manager Micheal Tover.

9.    After Plaintiff reported the above suspected unlawful conduct, Defendant made adverse employment decisions in retaliation against Plaintiff including, but not limited to:

    a)    promoting Robert Rite to a supervisory role over Plaintiff; and

    b)    subjecting Plaintiff to further harassment.

10.    The conduct by Copart was in violation of the Illinois Whistleblower Act ("IWA") which provides that "[a]n employer may not retaliate against an employee" for refusing to participate in illegal activities or for disclosing information to a government or law enforcement agency or to a supervisor, where the employee has reasonable cause to believe that the information discloses a violation of a State or federal law, rule, or regulation.

11.    Plaintiff sincerely had reasonable cause to believe and still believes the above acts are in violation of Illinois law including laws prohibiting sexual harassment in the workplace.

12.    As described in detail above, Defendant retaliated against Plaintiff for disclosing what she reasonably believed to be violations of law by harassing further harassing Plaintiff and making one of her harassers her supervisor, causing Plaintiff to quit her job to protect her own mental health.

13.    Defendant's retaliatory conduct, by and through its apparent and actual agents, is in violation of the Illinois Whistleblower Act.

14.    As a direct and proximate cause of Defendant's conduct, Plaintiff lost her employment income, suffered from mental anguish and suffered emotional distress.

WHEREFORE, Plaintiff prays for a judgment in her favor in excess of FIFTY THOUSAND DOLLARS, plus interest, plus costs, compensatory damages as set forth in 740 ILCS 174/30, reasonable attorney's fees and costs as set forth in 740 ILCS 174/30, and any further relief deemed just by this Court. At the appropriate time, Plaintiff will seek leave to ask for punitive damages.

## COUNT II – DISCRIMINATION AND HARASSMENT

1-14.    Plaintiff repeats, realleges, and incorporates herein by reference paragraphs 1-14 of Count I as paragraphs 1-14 of this Count.

15.    The Illinois Human Rights Act ("IHRA") prohibits employers from engaging in harassment of employees based on sex. 775 ILCS 5/2-102(A).

16.    Plaintiff suffered harassment from Copart, its employees, and managers based on her sex.

17.    The harassment caused Plaintiff stress and anxiety which required medical

treatment.

18.    Plaintiff made Copart aware of the harassment.

19.    Copart took no steps to stop the harassment of Plaintiff at work.

20.    At all relevant times, Plaintiff was subject to protection under the IHRA.

21.    After Defendant learned of harassment by its employees and managers, Defendant responded by promoting one of the employees who had been harassing Plaintiff.

22.    On or about May 9, 2024, Defendant caused Plaintiff to sever her employment relationship.

23.    Plaintiff's sex was a substantial factor in Defendant's decision to harass Plaintiff, mistreat the Plaintiff, and to force the termination of Plaintiff's employment.

24.    As a direct and proximate result of Defendant's violation of the Illinois Human Rights Act, Plaintiff has sustained damages as stated in Count I. Plaintiff seeks all legal and make-whole relief available under the provisions of the Illinois Human Rights Act. 775 ILCS 5/8(a)-104; 775 ILCS 5/8-111(a)(4).

25.    Plaintiff timely filed an IDHR charge.

26.    Plaintiff has complied with all conditions precedent to bringing this action. On January 21, 2026, Plaintiff received a Notice of Right to Sue (also referred to as an "Opt Out" letter) from the Illinois Department of Human Rights pursuant to 775 ILCS 5/7A-102(C-1). A true and correct copy of that letter is attached hereto as Plaintiff's Exhibit A and incorporated by reference.

WHEREFORE, the plaintiff prays for a Judgment against the defendant for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for interest, for cost of this action, and for all other relief as allowed by law. At the appropriate time, Plaintiff will seek leave to ask for

punitive damages.

## COUNT III – RETALIATION

1-26.    Plaintiff hereby incorporates paragraphs 1-26 of Count II as paragraphs 1-26 of this Count III.

27.    In response to Plaintiff complaining about harassment and discrimination to Copart's General Manager Michael Tover, Defendant, through its General Manager Michael Tover, retaliated against Plaintiff by promoting her harasser Robert Rite to a supervisory role over Plaintiff.

28.    Defendant's retaliation was in violation of the IHRA section 6-101.

29.    Defendant's retaliation increased the anxiety and stress that Plaintiff suffered from Defendant's discrimination and harassment.

30.    Defendant's retaliation led directly to Plaintiff's decision to discontinue her employment with Defendant.

31.    As a direct and proximate result of the above retaliation, Plaintiff has suffered loss of dignity, loss of income and has suffered mental anguish.

32.    Plaintiff has complied with all conditions precedent to bringing this action. On

33.    January 21, 2026, Plaintiff received a Notice of Right to Sue (also referred to as an "Opt Out" letter) from the Illinois Department of Human Rights pursuant to 775 ILCS 5/7A-102(C-1). A true and correct copy of that letter is attached hereto as Plaintiff's Exhibit A and incorporated by reference.

WHEREFORE, Plaintiff prays for a judgment in her favor in excess of FIFTY THOUSAND DOLLARS, plus interest, plus compensatory damages, and costs, and any further

relief deemed just by this Court. At the appropriate time, Plaintiff will seek leave to ask for punitive damages.

Respectfully submitted,

WENDLER & ZINZILIETA, P.C.

By: /s/ Dylan M. Jerrell
Brian M. Wendler, #6196124
Angie M. Zinzilieta, #6322894
Dylan M. Jerrell, #6306250
5 Oak Drive
Maryville, Illinois 62062
Ph: (618) 692-0011
Fax: (618) 692-0022
wendlerlawpc@gmail.com
*Attorneys for Plaintiff*

STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

IN THE MATTER OF:
MELINDA WINNING,

                COMPLAINANT,   )               CHARGE NO.      2026SF0604
AND                                          )               EEOC NO.  21BA-2026-00252

COPART,

                RESPONDENT.   )

## NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND NOTICE OF ADMINISTRATIVE CLOSURE

<table>
<tr><td>For Complainant</td><td>For Respondent</td></tr>
<tr><td>Dylan Jerrell<br>Wendler & Zinzilieta P.C.<br>5 Oak Drive<br>Maryville, IL 62062</td><td>Chief Executive Officer<br>Copart<br>99 Racehorse Drive<br>Cahokia Heights, IL 62205</td></tr>
</table>

DISMISSAL / NOTICE DATE: January 21, 2026

Date Perfected Charge Filed: November 20, 2025    Date Opt Out Request Filed: January 15, 2026

YOU ARE HEREBY NOTIFIED that pursuant to Section 7A-102(C-1) of the Illinois Human Rights Act (775 ILCS 5/7A-102(C-1)), Complainant having filed a written request to opt out of the Illinois Department of Human Rights' investigation and administrative processing of the above-captioned charge, the IDHR issues this Notice of Opt Out of the Investigative and Administrative Process, and the Right of Complainant to Commence an Action in the Circuit Court or other appropriate court of competent jurisdiction within 90 days from the date of this Notice and Order, as identified above.

- Complaint filed and serve a copy of the complaint to the Department and Respondent on the same date that the complaint is filed with the circuit court or other appropriate court of competent jurisdiction.
- Complainant may not file or refile a substantially similar charge with the Department arising from the same incident of unlawful discrimination or harassment.

NOW, THEREFORE, it is further hereby ORDERED that the Department cease the investigation and **ADMINISTRATIVELY CLOSE** the charge of civil rights violation(s).

DEPARTMENT OF HUMAN RIGHTS
James L. Bennett
Director

NOC Rev 01/13/2025



PLAINTIFF'S EXHIBIT
A

STATE OF ILLINOIS    )
                       ) ss

COUNTY OF COOK    )

**AFFIDAVIT OF SERVICE**

CHARGE NO. 2026SF0604

The undersigned served a copy of the attached **NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND NOTICE OF ADMINISTRATIVE CLOSURE** on ___January 21, 2026___ , to each person named below by email or first class mail, addressed as follows:

<table>
<tr><td>For Complainant</td><td>For Respondent</td></tr>
<tr><td>Dylan Jerrell<br>Wendler &amp; Zinzilieta P.C.<br>5 Oak Drive<br>Maryville, IL 62062</td><td>Chief Executive Officer<br>Copart<br>99 Racehorse Drive<br>Cahokia Heights, IL 62205</td></tr>
</table>

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.

_[signature]_

**PLEASE NOTE:**

The above-signed person is responsible only for mailing these documents. If you wish a review of the findings in this case, you must complete the Request for Review form attached. Department of Human Rights' staff are not permitted to discuss the investigation findings once a Notice of Determination has been issued.

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Amanda Nelson
2026LA000306
St. Clair County
4/2/2026 11:35 AM
37407239

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| MELINDA WINNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   2026LA000306 |
| | ) | |
| COPART OF CONNECTICUT, INC., | ) | |
| d/b/a COPART, | ) | |
| | ) | |
| Defendant | ) | |

## CERTIFICATE OF CASE VALUE

I, Dylan M. Jerrell, do hereby certify, pursuant to the Supreme Court Rules that in my estimation based upon a review of the facts available, the value of this action exceeds $50,000.00.

Respectfully submitted,

**WENDLER & ZINZILIETA, P.C.**

By: /s/ Dylan M. Jerrell
Brian M. Wendler, #6196124
Angie M. Zinzilieta, #6322894
Dylan M. Jerrell, #6306250
5 Oak Drive
Maryville, Illinois 62062
Ph: (618) 692-0011
Fax: (618) 692-0022
wendlerlawpc@gmail.com
*Attorneys for Plaintiff*

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Amanda Nelson
2026LA000306
St. Clair County
4/2/2026 11:35 AM
37407239

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

MELINDA WINNING,           )
                          )
        Plaintiff,         )
                          )
v.                        )        Case No.   2026LA000306
                          )
COPART OF CONNECTICUT, INC.,  )
d/b/a COPART,             )
                          )
        Defendant          )

## ENTRY OF APPEARANCE

NOW COME Dylan Jerrell, Brian M. Wendler, and Angie M. Zinzilieta of Wendler &

Zinzilieta, P.C., and hereby enter their appearance on behalf of the Plaintiff, Melinda Winning.


Respectfully submitted,

WENDLER & ZINZILIETA, P.C.

By: /s/ Dylan M. Jerrell
Brian M. Wendler, #6196124
Angie M. Zinzilieta, #6322894
Dylan M. Jerrell, #6306250
5 Oak Drive
Maryville, Illinois 62062
Ph: (618) 692-0011
Fax: (618) 692-0022
wendlerlawpc@gmail.com
*Attorneys for Plaintiff*

Page 1 of 1

# SUMMONS

### IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

Check if this is not the 1st Summons *issued for this Defendant/Respondent.*

**COUNTY:** St. Clair

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Melinda Winning

*Who started the case.*                    *First, Middle, and Last Name or Business Name*

**2026LA000306**

**Case Number**

**DEFENDANTS/RESPONDENTS:** Copart of Connecticut, Inc., d/b/a

*Who the case was filed against.*          Copart

*First, Middle, and Last Name or Business Name*

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.



☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: #10 Public Square, Belleville, Illinois 62220

*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*            *Time*                          *Courtroom Number*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.

Case Number: _____

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
        *Courtroom Address*                              *Courtroom Number*

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
                              *Video Conference Website*

    Log-in information: _____
                      *Video Conference Log-in Information, Meeting ID, Password, etc.*

    **By telephone** at: _____
                      *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____    or    Website: _____
    *Circuit Clerk's Phone Number*                          *Website URL*

---

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ _____.

    *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

    ☐ Yes    ☐ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

    ☑ I am having 1 Defendant/Respondent served and their information is on this form below.

    ☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
    *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Copart of Connecticut, Inc., d/b/a Copart
    *First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Illinois Corporation Service Company
    *First, Middle, and Last Name*

Street Address: 801 Adlai Stevenson Drive
        *Street, Apt #*

City, State, ZIP: Springfield                    Illinois            62703
        *City*                                *State*            *Zip*

Telephone: _____    Email: _____

Case Number: _____

c.  **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
<span style="padding-left:4em">*Street, Apt #*</span>

City, State, ZIP: _____
<span style="padding-left:4em">*City*</span> <span style="padding-left:20em">*State*</span> <span style="padding-left:6em">*Zip*</span>

Telephone: _____ Email: _____

d.  Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois   ☑ Special process server   ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
<span style="padding-left:18em">*County & State*</span>

---

**PLAINTIFF/PETITIONER INFORMATION:**

*Enter your information below.*

Name  Dylan M. Jerrell
<span style="padding-left:6em">*First, Middle and Last Name*</span>

Registered Agent's name, if any _____
<span style="padding-left:20em">*First, Middle and Last Name*</span>

Street Address  5 Oak Drive
<span style="padding-left:6em">*Street, Apt #*</span>

City, State, ZIP: Maryville <span style="padding-left:18em">Illinois</span> <span style="padding-left:6em">62062</span>
<span style="padding-left:8em">*City*</span> <span style="padding-left:22em">*State*</span> <span style="padding-left:6em">*Zip*</span>

Telephone: (618) 692-0011 <span style="padding-left:6em">Email: wendlerlawpc@gmail.com</span>

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP**  The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____

<span style="padding-left:30em">*Seal of Court*</span>

Clerk of the Court: <span style="padding-left:2em">4/2/2026</span>
<span style="padding-left:10em">Amanda Nelson</span>

KINNIS WILLIAMS, SR. Circuit Clerk

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

○  If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.

○  If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.

- If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.

○  Fill in the date above and give this copy of the *Summons* to the person served.

○  You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

SU-S 1503.7 <span style="padding-left:18em">Page 3 of 6</span> <span style="padding-left:18em">(11/24)</span>

Case Number: _____

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

 Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Case Number: _____

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
Check if this is not the 1st Summons issued for this Defendant/Respondent.

**COUNTY:** St. Clair _____
                  County Where You Are Filing the Case

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Melinda Winning _____
      Who started the case.       First, Middle, and Last Name or Business Name

**2026LA000306**

**Case Number**

**DEFENDANTS/RESPONDENTS:** Copart of Connecticut, Inc., d/b/a _____
Who the case was filed against.

                             Copart _____

                             First, Middle, and Last Name or Business Name

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
               Officer/Process Server First, Middle, Last Name

## SERVICE INFORMATION

Defendant/Respondent: _____
               First, Middle, Last Name, or Business Name

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

  ☐ **Personally** on the Defendant/Respondent:
    ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____

  ☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
    Name of person served: _____
                   First, Middle, Last Name
    ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____
    and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above address on this date: _____ .

☐ On the **Business's agent:** _____    Case Number: _____

First, Middle, Last Name

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____    Print Your Name _____

You are: ☐ Sheriff in Illinois                    ☐ Special process server
         ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____
                      County and State                                                                    License number

**FEES:**

  Service and Return: $_____  Miles: $_____  Total: $_____

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Cassie Voelkel
2026LA000306
St. Clair County
4/14/2026 8:49 AM
37572453

## In The Circuit Court of The Twentieth Judicial Circuit Saint Clair County, Illinois

**Melinda Winning,**
      Plaintiff(s),

vs.

**Copart of Connecticut Inc dba Copart,**
      Defendant(s).

For: Wendler & Zinzilieta P.C.

**CASE NO.: 26 LA 306**



## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

**Copart of Connecticut Inc dba Copart c/o Registered Agent: Illinois Corporation Service Company, 801 Adlai Stevenson Dr, Springfield, IL 62703.**

I, **Greg Willing**, being first duly sworn on oath, depose and say the following:

I SERVED, on **April 10, 2026 at 1:51 PM**, the within

**30 Day Summons and Complaint** In accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: **ALYSSA MARINO** Title: **Customer Service Representative at ILCSC**, an officer or agent of Copart of Connecticut Inc dba Copart c/o Registered Agent: Illinois Corporation Service Company.

**At 801 Adlai Stevenson Dr, Springfield, IL 62703.**

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 20-30 | 5'04" | 120 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Service Fee: **$40.00**

State of Illinois

_____ County

Signed and sworn to before me on this _____ 13 day of April , 2026 .

NotaryPublic

SERVED BY: _____
Process Server Number: 129-261847
Meador Investigations
2201 Woodlawn Rd #560
Lincoln, IL 62656
217.732.1585
IL Lic#117-001077

*493963*

MORIAH LOWE-PRATHER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 30, 2026

Filed with the Twentieth Judicial Circuit
Kinnis Williams Sr., Clerk of the Circuit Court
St Clair County, Illinois
On May 01, 2026 at 10:47 AM by CLM
Transaction number: 138192860-01



IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

MELINDA WINNING

Plaintiff/Petitioner

Vs

COPART OF CONNECTICUT, INC., D/B/A COPART
Defendant/Respondent

Case No.   2026 LA 000306

## INITIAL MANDATORY STATUS CONFERENCE SETTING ASSIGNMENT

Date: 6/15/2026     Time: 09:00 AM     Room: 401

The above-style case is assigned to:  HON. CHRISTOPHER KOLKER

Counsel familiar with the case and authorized to act is ordered to appear for an Initial Mandatory Status Conference on the above date, time and courtroom pursuant to Local Rul 6.07, and Supreme Court Rule 218.

At the aforesaid conference the following shall be considered:

1. Service upon all of the parties;
2. Whether the case will be jury or no-jury;
3. The nature, issues, and complexity of the case;
4. Simplification of the issues;
5. Amendments and challenges to the pleadings;
6. Admissions of fact and documents;
7. Limitations of discovery, including but not limited to written discovery, depositions, and opinion witnesses;
8. Third parties;
9. Scheduling of settlement conferences;
10. Necessity of subsequent case management conferences;
11. Trial settings.

Office of Chief Judge

ORDER